53,656-03

Donald Ray Houston
TDCJ- CID No. 1022557

Dalhart Prison   11950 FM 998
Dalhart, Texas     79022
March 2, 2015

Abel Acosta, Clerk of the Court of Criminal Appeals
Post Office Box 12308
Capitol Station
Austin, Texas   78711

RE: Donald Ray Houston v. The Texas Board of Pardon and Parole
Number F- 2000-1102-E WHC 2

Dear Sir

    On December 18, 2014, I Receive Notice That Your Office Receive The Record from The District Clerk of Denton County, Texas. I'm Requesting To Know If The Court Have Made Any Ruling On The Writ of Habeas Corpus 11.07. Application.

                                        Respectfully,
                                        Donald Ray Houston
                                        March 3, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 09 2015
MAR 10 2015

Abel Acosta, Clerk